IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

The Navajo Nation,              )        No.: A-CR-05-77
                                )
                    Respondent, )        ORDER DISMISSING PETITION
                                )        FOR WRIT OF MANDAMUS
        vs.                     )
                                )
Emerson Sam, C#605,900          )
                                )
                    Petitioner. )
                                )

---

The Petition for a Writ of Mandamus having been considered by the Court, the Court finds:

1.  The Shiprock District Court has granted a change of venue in the above-entitled action.

2.  The relief prayed for by the petitioner has been completely granted by the district court.

Therefore, the Petition for a Writ of Mandamus is DISMISSED.

Dated this 22nd day of November, 1977.

Virgil L. Kirk, Sr.

Chief Justice of the Navajo Nation